

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## RETURNED INMATE/DETAINEE MAIL

| | |
|---|---|
| To: | Remi da Rocha-Afodu |
| From: | Molly C. Dwyer, Clerk of Court |
| Date: | June 16, 2025 |
| Returned Mail: | Order filed on 5/29/2025 |
| Inmate/Detainee: | Youba Kande Baradji A095-416-2607773-061 |
| Case: | No. 24-4428, Baradji v. Bondi |

This court unsuccessfully attempted to have mail delivered to the above-named

inmate/detainee at the following address:

Desert View Annex
10450 Rancho Road
Adelanto CA 92301

Pursuant to G.O. 12.8, this mail is now being forwarded to you to take all

reasonable means to effect delivery. Within 14 days of the date of this notice, you are

directed to file proof of such efforts with the clerk using the electronic filing type

Response to Returned Mail Notice (in ACMS) or Correspondence event (in CM/ECF).