24-4428

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 10 2025

FILED_____
DOCKETED_____
     DATE      INITIAL

Youba Kande Baradji, 7773-061, A095-416-260
Desert View Annex
10450 Rancho Road
Adelanto, CA 92301

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOUBA KANDE BARADJI,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 24-4428<br><br>Agency No.<br>A095-416-260<br><br>ORDER |

Before: M. SMITH and FORREST, Circuit Judges.

The supplemental motion (Docket Entry No. 28) to stay removal, treated as a motion to reconsider the court's denial of the previous motion to stay removal, is denied. *See* 9th Cir. R. 27-10.

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

## SPECIAL MAIL

OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE

Youba Kande Baradji, 7773-061, A095-416-260
Desert View Annex
10450 Rancho Road
Adelanto, CA 92301

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
05/30/2025 ZIP 94103
043M31244397

SAN FRANCISCO
LEGAL MAIL

RETURN TO SENDER
Adelanto ICE Processing Center
Reason checked

☐ All books must have prior authorization, new and self cover only, no hard back, spiral bound, magazines, newspapers or photo albums etc.
☐ Must have Department name, A# etc.
☐ No such person / Not in custody
☐ Illegible or In...
☐ Not known or N...
☐ Contents not accept...
☐ Photos; no larger than 5x7, photos with sexual nudity is not allowed

NIXIE    911    DE 1    0006/06/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 94119393939    *1340-07604-30-39

94119>3939
92301-223750