24-4428

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 17 2025

FILED _____
DOCKETED _____
DATE          INITIAL

Youba Kande Baradji, 7773-061, A095-416-260
Desert View Annex
10450 Rancho Road
Adelanto, CA 92301

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOUBA KANDE BARADJI,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 24-4428<br><br>Agency No.<br>A095-416-260<br><br>ORDER |

The motion (Docket Entry No. 33) for an extension of time to file the answering brief is granted.

The answering brief is due June 30, 2025. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

SAN FRANCISCO CA 940
6 JUN 2025 PM 4 L
**LEGAL MAIL**

**RETURN TO SENDER**
Adelanto ICE Processing Center
Reason checked

☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
☐ Must have Detainees Name, A# ☐ Dorm # ☐

☐ No such recipient/ Not in custody
☐ Illegible or Incomplete
☐ Not known or Not our Mail
☐ Contents not acceptable
☐ Photos; no larger than 5x7, photos with sexual nudity is not allowed

NIXIE    911  DE  1         0006/13/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94119393939          *1440-06960-06-37

**SPECIAL MAIL**
OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE

Youba Kande Baradji, 7773-061, A095-416-260
Desert View Annex
10450 Rancho Road
Adelanto, CA 92301